IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

PATRICK GIVENS,                       )
                                      )
        Plaintiff,           )
                                      )
v.                                    )     No. 3:06-CV-130
                                      )
KENWORTH OF TENNESSEE, INC.,          )
                                      )
        Defendant.           )

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, this civil action is **REMANDED** to the Chancery Court for Grainger County, Tennessee. "Defendant's Motion to Dismiss" [doc. 2] is **DENIED AS MOOT**.

    **IT IS SO ORDERED**:

                                       ENTER:

                                                   s/ Leon Jordan
                                         United States District Judge